

# In the Missouri Court of Appeals
## Eastern District

NOVEMBER 24, 2015

THE FOLLOWING CASES WERE AFFIRMED IN ACCORDANCE WITH RULE 84.16(b) OR RULE 30.25(b).

1.  ED101631    STATE OF MISSOURI, RES V TRAVIS NUNLEY, APP

2.  ED101805 STATE OF MISSOURI, RES V STEPHEN BOWDEN, APP

3.  ED101975 STATE OF MISSOURI, RES V JERROD JONES, APP

4.  ED102000 STATE OF MISSOURI, RES V JOSEPH JACKSON, APP

5.  ED102247 STATE OF MISSOURI, RES V SHERMAN A. TRIPP, APP

6.  ED102360 BOBBY JOE ROBERTS, APP V STATE OF MISSOURI, RES

7.  ED102378 TERRELL G. JOHNSON, APP V STATE OF MISSOURI, RES

8.  ED102413 MARK A. BURSE, APP V STATE OF MISSOURI, RES

9.  ED102445 STATE OF MISSOURI, RES V JONATHAN MERCER, APP

10. ED102447 CITY OF ST LOUIS, RES V TYRIS BURNETT, APP



# In the Missouri Court of Appeals
# Eastern District

NOVEMBER 24, 2015

THE FOLLOWING CASES WERE AFFIRMED IN ACCORDANCE WITH RULE 84.16(b) OR RULE 30.25(b).

11.   ED102494   DAVID CLEPPER PLT V VINSON MORTGAGE SERVICES RES

12.   ED102496 ARRIAN HARRIS, APP V STATE OF MISSOURI, RES

13.   ED102569 JEREMY MERRIMAN, APP V STATE OF MISSOURI, RES

14.   ED102573 SURRON BUCKLEY, APP V STATE OF MISSOURI, RES

15.   ED102670 KAREN CARPENTER, APP V STATE BOARD OF NURSING, RES

16.   ED102880 CATHY RIDENHOUR, APP V CAPITAL REGION AND SIJ, RES

## CORRECTION(S):

1.   ED102040 D HEREFORD ETAL APP V OWNERS ASSOC OF 7569-757 RES